Certificate Number: 06531-OHN-CC-026697256



06531-OHN-CC-026697256

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>December 20, 2015</u>, at <u>3:53</u> o'clock <u>PM CST</u>, <u>Lesa M Pellittieri</u> received from <u>Allen Credit and Debt Counseling Agency</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Ohio</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:  <u>December 20, 2015</u>          By:    <u>/s/Connie Krosch</u>

                                        Name:  <u>Connie Krosch</u>

                                        Title:  <u>Certified Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).